1
 2
 3
 4                                                            JS-6
 5
 6
 7
 8                    UNITED STATES DISTRICT COURT
 9                   CENTRAL DISTRICT OF CALIFORNIA
10
11  Adolfo Hylton,                )  Case No. **CV 09-8990-JFW (RCx)**
                                   )
12            Plaintiff,           )  **ORDER DISMISSING CIVIL ACTION**
                                   )
13       v.                        )
                                   )
14  Superior Asset                 )
    Management,                    )
15                                 )
              Defendants.          )
16  _____
17
18
         THE COURT has been advised by counsel that this action
19
    has been settled, or is in the process of being settled.
20
         IT IS THEREFORE ORDERED that this action is hereby
21
    dismissed without prejudice to the right, upon good cause
22
    shown within 40 days, to re-open the action if settlement is
23
    not consummated.  During this 40 day period, this Court
24
    retains full jurisdiction over this action and this Order
25
    shall not prejudice any party to this action.
26
    / / /
27
    / / /
28

    (Rev. 2/15/08)

In the event a motion or *ex parte* application to re-open is not filed within 40 days, the dismissal of this action will be with prejudice.

Dated: August 3, 2010

_____
JOHN F. WALTER
United States District Judge

(Rev. 2/15/08)                                2